**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RALPH E. RUSSELL,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:08-CV-2272-M-BK** |
| | § | |
| **JOHN E. POTTER, Postmaster General,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation on Defendant's Motion to Dismiss/Alternative Motion for Summary Judgment, which was filed on December 3, 2010. Plaintiff filed objections to the Findings, Conclusions, and Recommendation after the date they were due, and attached numerous documents which were not timely submitted in response to Defendant's Motion to Dismiss/Alternate Motion for Summary Judgment. The objections and attached documents are untimely and will not be considered. The District Court has made a *de novo* review of the Findings, Conclusions, and Recommendation. The Court finds the Findings and Conclusions entirely correct based on the law as applied to the facts properly before the Court. Therefore, the objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 11th day of April, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS